UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STERLING JAY SHAW, | CASE NO. C23-5136JLR |
| Plaintiff, | ORDER |
| v. | |
| JAY INSLEE, et al., | |
| Defendants. | |

On May 23, 2023, the court ordered *pro se* Plaintiff Sterling Jay Shaw to show cause why this action should not be dismissed in light of his failure to serve Defendants with a proper summons and a copy of his complaint within the timeframe provided in Federal Rule of Civil Procedure 4(m). (5/23/23 Order (Dkt. # 15) at 2.) The court warned Mr. Shaw that it would dismiss this action without prejudice if he did not, by June 2, 2023, demonstrate good cause for his failure to comply with Rule 4. (*Id.*)

The June 2, 2023 deadline has now passed, and Mr. Shaw has neither responded to the court's show cause order nor demonstrated good cause for his failure to comply with

ORDER - 1

1 | Rule 4. (*See generally* Dkt.)  Accordingly, the court DISMISSES this action without
2 | prejudice.
3 |      Dated this 5th day of June, 2023.

                                          JAMES L. ROBART
                                        United States District Judge

ORDER - 2